

FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAVIER OROZCO-GARRIDO,

Defendant.

Case No. CR 23-638-FLA

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

## I.

On August 16, 2024, Defendant Javier Orozco-Garrido made his initial appearance on the petition for revocation of supervised release issued on April 30, 2024. Deputy Federal Public Defender, ("DFPD"), Iboh Umodu, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Joshua Lee. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the petition alleges that Defendant failed to report for random drug testing on multiple dates in August 2023, September 2023, January 2024, and March 2024, used amphetamine and methamphetamine in August 2023, failed to participate in outpatient substance abuse treatment and counseling on multiple dates in January 2024 and march 2024, failed to meet with his Probation Officer at his home and to meet with the Probation Officer as directed in January 2024.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above);
> ☒ Defendant's history of non-compliance with the conditions of supervised release and history of substance abuse

## III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 16, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE